**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**TYRONE HENDERSON,**

    **Plaintiff,**

**v.**                                                  **Civil Action No. 3:12cv97 (REP)**

**CORELOGIC, INC.,** *et al.*

    **Defendants.**

**NOTICE OF APPEARANCE**

Defendants, CoreLogic, Inc. and CoreLogic National Background Data, LLC f/k/a National Background Data, LLC, by counsel, file this Notice of Appearance notifying the Court and opposing counsel that Timothy J. St. George, Esq. and the law firm of Troutman Sanders LLP will serve as co-counsel in this matter on their behalf.

                              **CORELOGIC, INC. and CORELOGIC NATIONAL
BACKGROUND DATA, LLC f/k/a NATIONAL
BACKGROUND DATA, LLC**

                              By: _____/s/Timothy J. St. George_____
                                  Timothy J. St. George, Esq.
                                  Virginia State Bar No. 77349
                                  *Attorney for CoreLogic, Inc. and CoreLogic National
    Background Data, LLC f/k/a National Background
    Data, LLC*
                                  TROUTMAN SANDERS LLP
                                  1001 Haxall Point
                                  Richmond, VA 23219
                                  Telephone: (804) 697-1254
                                  Facsimile:  (804) 697-6013
                                  E-mail: tim.stgeorge@troutmansanders.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of May 2012, I filed a true and correct copy of the foregoing on the Court's Electronic Case Filing System, which will send a notice of electronic filing to:

| | |
|---|---|
| Leonard A. Bennett, Esq.<br>Susan M. Rotkis, Esq.<br>CONSUMER LITIGATION ASSOCIATES, P.C.<br>763 J. Clyde Morris Blvd, Suite 1A<br>Newport News, VA 23601<br>Telephone: (757) 930-3660<br>Facsimile: (757) 930-3662<br>Email: lenbennett@cox.net<br>*Counsel for Plaintiff* | Dale W. Pittman, Esq.<br>THE LAW OFFICE OF DALE W. PITTMAN, P.C.<br>The Eliza Spotswood House<br>112-A West Tabb St.<br>Petersburg, VA 23803<br>Telephone: (804) 861-6000<br>Facsimile: (804) 861-3362<br>Email: dale@pittmanlawoffice.com<br>*Counsel for Plaintiff* |

/s/Timothy J. St. George
Timothy J. St. George (VSB Bar No. 77349)
*Attorney for CoreLogic, Inc. and CoreLogic National Background Data, LLC f/k/a National Background Data, LLC*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
Email: tim.stgeorge@troutmansanders.com