UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**TYRONE HENDERSON,**

    **Plaintiff,**

v.                                          Civil Action No. 3:12cv97 (REP)

**CORELOGIC, INC.,** *et al.*

    **Defendants.**

## DEFENDANTS' MOTION TO DISMISS

Defendants, CoreLogic, Inc. and CoreLogic National Background Data, LLC f/k/a National Background Data, LLC ("NBD", and when combined with CoreLogic, Inc., collectively referred to as "CoreLogic,"), by counsel, hereby file the following Motion to Dismiss Count I of Plaintiff's Complaint. The reasons in support of the motion are set forth in the accompanying memorandum in support.

WHEREFORE, Defendants, CoreLogic, Inc. and CoreLogic National Background Data, LLC f/k/a National Background Data, LLC, respectfully request that the Court enter an Order: (1) dismissing Count I of the Complaint with prejudice; and (2) granting CoreLogic any other relief the Court deems appropriate.

                                          **CORELOGIC, INC. and CORELOGIC
                                          NATIONAL BACKGROUND DATA, LLC f/k/a
                                          NATIONAL BACKGROUND DATA, LLC**

                                          By:/s/ Timothy J. St. George_____
                                                      Of Counsel

Alan D. Wingfield (VSB No. 27489)
David N. Anthony (VSB No. 31696)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia  23219
Telephone: (804) 697-1200
Facsimile:  (804) 698-1339
alan.wingfield@troutmansanders.com
david.anthony@troutmansanders.com
tim.stgeorge@troutmansanders.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of May 2012, I filed a true and correct copy of the foregoing on the Court's Electronic Case Filing System, which will send a notice of electronic filing to:

>Leonard A. Bennett, Esq.
>Susan M. Rotkis, Esq.
>CONSUMER LITIGATION ASSOCIATES, P.C.
>763 J. Clyde Morris Blvd, Suite 1A
>Newport News, VA 23601
>Telephone:  (757) 930-3660
>Facsimile:  (757) 930-3662
>Email:  lenbennett@cox.net
>
>Dale W. Pittman, Esq.
>THE LAW OFFICE OF DALE W. PITTMAN, P.C.
>The Eliza Spotswood House
>112-A West Tabb St.
>Petersburg, VA 23803
>Telephone:  (804) 861-6000
>Facsimile:  (804) 861-3362
>dale@pittmanlawoffice.com
>
>*Counsel for Plaintiff*

>/s/Timothy J. St. George
>Timothy J. St. George (VSB Bar No. 77349)
>TROUTMAN SANDERS LLP
>1001 Haxall Point
>Richmond, Virginia  23219
>Telephone:  (804) 697-1254
>Facsimile:  (804) 698-6013
>tim.stgeorge@troutmansanders.com

2154138v1