**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

**TYRONE HENDERSON,**

    **Plaintiff,**

v.                                        **Case No. 3:12-cv-97-REP**

**CORELOGIC, INC.,** *et al.,*

    **Defendants.**

## DEFENDANTS' FINANCIAL INTEREST DISCLOSURE STATEMENT

Defendant, CoreLogic, Inc., discloses and states pursuant to Fed. R. Civ. P. 7.1 that it is a publicly traded company whose shares are traded on the NYSE under the abbreviation "CLGX" and further that no publicly held corporation owns 10% or more of its stock.

                                                  **CORELOGIC, INC. and CORELOGIC**
                                                  **NATIONAL BACKGROUND DATA, LLC f/k/a**
                                                  **NATIONAL BACKGROUND DATA, LLC**

                                                  By:/s/ Timothy J. St. George
                                                            Of Counsel

Alan D. Wingfield (VSB No. 27489)
David N. Anthony (VSB No. 31696)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia  23219
Telephone: (804) 697-1200
Facsimile:  (804) 698-1339
alan.wingfield@troutmansanders.com
david.anthony@troutmansanders.com
tim.stgeorge@troutmansanders.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of May 2012, I filed a true and correct copy of the foregoing on the Court's Electronic Case Filing System, which will send a notice of electronic filing to:

> Leonard A. Bennett, Esq.
> Susan M. Rotkis, Esq.
> CONSUMER LITIGATION ASSOCIATES, P.C.
> 763 J. Clyde Morris Blvd, Suite 1A
> Newport News, VA 23601
> Telephone:  (757) 930-3660
> Facsimile:  (757) 930-3662
> Email:  lenbennett@cox.net
>
> Dale W. Pittman, Esq.
> THE LAW OFFICE OF DALE W. PITTMAN, P.C.
> The Eliza Spotswood House
> 112-A West Tabb St.
> Petersburg, VA 23803
> Telephone:  (804) 861-6000
> Facsimile:  (804) 861-3362
> dale@pittmanlawoffice.com
>
> *Counsel for Plaintiff*


> /s/Timothy J. St. George
> Timothy J. St. George (VSB Bar No. 77349)
> TROUTMAN SANDERS LLP
> 1001 Haxall Point
> Richmond, Virginia  23219
> Telephone:  (804) 697-1254
> Facsimile:   (804) 698-6013
> tim.stgeorge@troutmansanders.com

2144635v1