UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division



TYRONE HENDERSON,

    **Plaintiff,**

v.                                                   Civil Action No. 3:12-cv-97-REP

CORELOGIC, INC., *et al.*,

    **Defendants.**

## AGREED ORDER

CAME NOW Defendants, CoreLogic, Inc. and CoreLogic National Background Data, LLC ("CoreLogic"), by counsel, upon its Motion for an Extension of Time for Defendants, CoreLogic, Inc. and CoreLogic National Background Data, LLC, to file responsive pleadings to the Complaint filed by Plaintiff, Tyrone Henderson.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Tyrone Henderson and CoreLogic, it is hereby,

ORDERED, ADJUDGED and DECREED that CoreLogic's Motion for an Extension of Time be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED and DECREED that CoreLogic shall be GRANTED an extension of time until on or before May 3, 2012, to file its responsive pleadings, including its Answer, to the Complaint filed by Tyrone Henderson.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this 7th day of ~~April~~ May, 2012.
FILED nunc pro tunc May 4, 2012

                                                       /s/ REP
                                      United States District Judge
                                      Robert E. Payne



| WE ASK FOR THIS: | SEEN AND AGREED: |
|---|---|
| David N. Anthony<br>Virginia State Bar No. 31696<br>*Counsel for CoreLogic, Inc. and CoreLogic National Background Data, LLC*<br>TROUTMAN SANDERS LLP<br>1001 Haxall Point<br>Richmond, Virginia 23219<br>Telephone: (804) 697-5410<br>Facsimile: (804) 698-5118<br>Email: david.anthony@troutmansanders.com | Leonard Anthony Bennett<br>Virginia State Bar No. 37523<br>*Counsel for Plaintiff*<br>Consumer Litigation Associates<br>763 J Clyde Morris Boulevard, Suite 1A<br>Newport News, VA 23601<br>Telephone: 757-930-3660<br>Facsimile: 757-930-3662<br>Email: lenbennett@cox.net |

#2144634v1