UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE HENDERSON,

        Plaintiff,

v.                                            CIVIL ACTION NO: 3:12cv97-REP

CORELOGIC, INC., *et al.,*

        Defendants.

## CONSENT MOTION FOR AN EXTENSION OF TIME

COMES NOW the Plaintiff, by counsel, with the agreement and consent of the Defendants and hereby moves the Court to for an extension of time to file Plaintiff's Response to Defendants' Motion to Dismiss and to enlarge Defendant's Reply time as follows:

Plaintiff has requested and Defendant has agreed to allow Plaintiff an additional two week extension from May 17, 2012 to May 31, 2012 to file his Response to Defendants' Motion to Dismiss.  Defendant has requested and Plaintiff has likewise agreed to an enlargement of Defendants' time within which to file its Reply brief of fourteen (14) days from the date of service of the Plaintiff's Response to the Motion to Dismiss.

Accordingly, the Plaintiff respectfully requests that the Court grant the motion to extend the time in which the Plaintiff may file his Response to Defendant's Motion to Dismiss from May 17, 2012 to May 31, 2012, with an enlargement for Defendants' Reply of fourteen (14) days from the date of Plaintiff's service of his Response to the Motion to Dismiss.

Respectfully submitted,

**TYRONE HENDERSON,**

_____/s/_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 16th day of May, 2012, I will file the foregoing motion electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
Richmond, VA 23219
804-697-5410
Fax: 804-698-5118
Email: david.anthony@troutmansanders.com

Timothy James St. George
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
Richmond, VA 23219
804-697-1254
Email: tim.stgeorge@troutmansanders.com

     *Counsel for Defendants*

          /s/
        Leonard A. Bennett, Esq.
        VSB #37523
        Attorney for Plaintiff
        CONSUMER LITIGATION ASSOCIATES, P.C.
        763 J. Clyde Morris Boulevard, Suite 1-A
        Newport News, Virginia 23601
        (757) 930-3660 - Telephone
        (757) 930-3662 – Facsimile
        lenbennett@cox.net