UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE HENDERSON,

    Plaintiff,

v.                                        Civil Action No. 3:12cv97 (REP)

CORELOGIC, INC., *et al.*

    Defendants.

### NOTICE OF STATEMENT RESPECTING CONSENT

Defendants, CoreLogic, Inc. and CoreLogic National Background Data, LLC f/k/a National Background Data, LLC collectively, "CoreLogic", by counsel, hereby provides notice, as directed by the Court's Order of May 31, 2012 [Docket No. 20], that: (1) counsel for CoreLogic has conferred with counsel for the other remaining parties to determine whether all parties will consent to the assignment of the case to a Magistrate Judge as the presiding judicial officer for this case; and (2) CoreLogic gives its consent to proceed before a Magistrate Judge in this action.

                                            CORELOGIC, INC. and CORELOGIC
                                            NATIONAL BACKGROUND DATA, LLC f/k/a
                                            NATIONAL BACKGROUND DATA, LLC

                                            By: /s/Timothy J. St. George
                                                Timothy J. St. George
                                                Virginia State Bar No. 77349
                                                *Counsel for CoreLogic, Inc. and CoreLogic*
                                                *National Background Data, LLC f/k/a National*
                                                *Background Data, LLC*
                                                TROUTMAN SANDERS LLP
                                                1001 Haxall Point
                                                Richmond, Virginia  23219
                                                Telephone: (804) 697-1254
                                                Facsimile:  (804) 698-6013
                                                Email: tim.stgeorge@troutmansanders.com

David N. Anthony
Virginia State Bar No. 31696
*Counsel for CoreLogic, Inc. and CoreLogic National Background Data, LLC f/k/a National Background Data, LLC*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com

Alan D. Wingfield
Virginia State Bar No. 27489
*Counsel for CoreLogic, Inc. and CoreLogic National Background Data, LLC f/k/a National Background Data, LLC*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1350
Facsimile: (804) 698-5172
Email: alan.wingfield@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June 2012, I filed a true and correct copy of the foregoing on the Court's Electronic Case Filing System, which will send a notice of electronic filing to:

Leonard A. Bennett, Esq.
Susan M. Rotkis, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@cox.net
*Counsel for Plaintiff*

Dale W. Pittman, Esq.
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb St.
Petersburg, VA 23803
Telephone: (804) 861-6000
Facsimile: (804) 861-3362
Email: dale@pittmanlawoffice.com
*Counsel for Plaintiff*

David A Searles, Esq.
Donovan Searles LLC
1845 Walnut St., Ste 1100
Philadelphia, PA 19103
Telephone: 215-732-6067
Facsimile: 215-732-8060
*Counsel for Plaintiff*

James Arthur Francis, Esq.
Francis & Mailman PC
Land Title Building
100 S Broad Street, 19th Floor
Philadelphia, PA 19110
Telephone: 215-735-8600
Facsimile: 215-940-8000
Email: jfrancis@consumerlawfirm.com
*Counsel for Plaintiff*

/s/Timothy J. St. George
Timothy J. St. George
Virginia State Bar No. 77349
*Counsel for CoreLogic, Inc. and CoreLogic National Background Data, LLC f/k/a National Background Data, LLC*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
Email: tim.stgeorge@troutmansanders.com