IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE HENDERSON, on
behalf of himself and
others similarly situated,

    Plaintiff,

v.     Civil Action No. 3:12cv97

CORELOGIC, INC.,
et al.,

    Defendants.

## ORDER

Having reviewed DEFENDANTS' MOTION TO DISMISS (Docket No. 6), the response and the reply, and finding that Count I of the CLASS COMPLAINT states claims upon which relief can be granted, it is hereby ORDERED that the DEFENDANTS' MOTION TO DISMISS (Docket No. 6) is denied. Upon agreement of counsel at the Initial Pretrial Conference, the motion is considered on the briefs which adequately presented the issues.

It is so ORDERED.

                              /s/
                            Robert E. Payne
                            Senior United States District Judge

Richmond, Virginia
Date: June 26, 2012