**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| TYRONE HENDERSON, *on behalf of himself and others similarly situated*, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | )    Civil Action No. 3:12cv97 ) ) |
| CORELOGIC, INC., *et al.* | ) ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

     Please take notice that Janelle E. Mason of Consumer Litigation Associates, P.C. will

hereafter serve as counsel of record for the Plaintiff, and hereby enters her appearance in this

matter.

               Respectfully submitted,
               **TYRONE HENDERSON,** *on behalf of himself and others similarly situated*

                          /s/
               Janelle E. Mason, VSB No. 82389
               *Counsel for the Plaintiff*
               CONSUMER LITIGATION ASSOCIATES, P.C.
               1800 Diagonal Road, Suite 600
               Alexandria, VA  22314
               Tel:    703-273-7770
               Fax:    888-892-3512
               janelle@clalegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of August, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David N. Anthony
Timothy J. St. George
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23218-1122
Tel:    804-697-5410
Fax:    804-698-5118
david.anthony@troutmansanders.com
tim.stgeorge@troutmansanders.com

John C. Lynch
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Tel:    757-687-7765
Fax:    757-687-1504
john.lynch@troutmansanders.com

*Counsel for the Defendants*

_____/s/_____
Janelle E. Mason, VSB No. 82389
*Counsel for the Plaintiff*
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA  22314
Tel:    703-273-7770
Fax:    888-892-3512
janelle@clalegal.com