
RECEIVED
OCT 22 2012
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE HENDERSON,
on behalf of himself and others
similarly situated,

          Plaintiff,

v.	Civil Action No: 3:12-cv-0097-REP

CORELOGIC, INC.,

and

CORELOGIC NATIONAL
BACKGROUND DATA, LLC,
f/k/a National Background Data, LLC,

          Defendants.

## AGREED SUPPLEMENTAL SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 26(f), counsel for the parties have conferred to develop a proposed supplemental discovery plan. The parties have agreed upon the discovery plan set forth herein.

The parties will conduct discovery in two phases.

Phase I discovery shall be completed by March 8, 2013 and shall be limited to the merits of the named Plaintiff's claims that Defendant violated the FCRA with respect to him and evidence necessary for the parties to litigate class certification.

The deadline for the parties to file motions for summary judgment based upon Phase I discovery and for the Plaintiff to move for class certification shall be March 8, 2013. Opposition

and reply briefs to such motions shall be filed within the timeframes provided in Rule 7(F) of the Local Rules of this Court.

Upon completion of Phase I and disposition of such motions, and if the case is not thereby dismissed, the Court shall set a supplemental Scheduling Conference. Phase II discovery shall thereafter take place to the extent necessary based upon the Court's rulings on the parties' motions for summary judgment and the plaintiff's motion for class certification. Issues reserved for Phase II discovery include whether Defendant violated the FCRA with respect to unnamed class members and factual issues bearing on whether Defendant's alleged violations of the Fair Credit Reporting Act were willful. From the plaintiff's perspective, these issues include resources devoted to FCRA compliance efforts, audits undertaken to confirm compliance, class-wide factual discovery, class member identities, and supervision of third-party vendors, although Defendant may not necessarily agree with the relevance or discoverability on these issues.

The following deadlines shall apply in this case:

| **Activity** | **Deadline** |
| --- | --- |
| Deadline for Parties to serve Fed. R. Civ. P. 26(a)(1) disclosures | October 31, 2012 |
| Deadline for amending the complaint | November 30, 2012 |
| Close of Phase I discovery | March 8, 2013 |
| Deadline for parties to file motions for summary judgment based upon Phase I discovery | March 8, 2013 |
| Deadline for Plaintiff to file a motion seeking class certification | March 8, 2013 |

The Court's existing discovery and scheduling Orders shall continue to govern to the extent not inconsistent with this Supplemental Scheduling Order.

ENTERED THIS 23 DAY OF OCTOBER 2012.

/s/ REP
ROBERT E. PAYNE
Senior United States District Judge

**WE ASK FOR THIS:**

Leonard A. Bennett
Virginia Bar No. 37523
CONSUMER LITIGATION ASSOCIATES P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@cox.net

Dale Wood Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212
Telephone: (804) 861-6000
Facsimile: (804) 861-3368
Email: dale@pittmanlawoffice.com

*Counsel for Plaintiff*

Alan D. Wingfield (VSB No. 27489)
David N. Anthony (VSB No. 31696)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-1339
alan.wingfield@troutmansanders.com
david.anthony@troutmansanders.com
tim.stgeorge@troutmansanders.com

*Counsel for Defendants*