UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**TYRONE HENDERSON,**
**JAMES O. HINES, JR.**
**on behalf of themselves and others**
**similarly situated,**

        Plaintiffs,

v.                                                Case 3:12-cv-00097-REP

**CORELOGIC, INC., et al.**

        Defendants.

## PLAINTIFFS' SECOND SUPPLEMENTAL FED. R. CIV. P. 26(a)(1) DISCLOSURES

COMES NOW Plaintiffs, **TYRONE HENDERSON** and **JAMES O. HINES, JR.,** by counsel, and pursuant to Fed. R. Civ. P. 26(a)(1), and make the following supplemental disclosures to Defendant. These initial disclosures are based on information reasonably available to Plaintiffs at this time. Plaintiffs reserves the right to supplement these initial disclosures (either through express supplements to these disclosures or through responses to formal discovery) when additional information becomes available.

In making these initial disclosures, Plaintiffs do not waive the right to object on the grounds of competency, privilege, relevancy and materiality, hearsay or any other proper ground to the use of any such information, for any purpose, in whole or in part, and this action or any other action. Plaintiffs also do not waive the right to object to any request for production of any document, electronically stored information, or tangible thing on the basis of any privilege, the work product doctrine, evidentiary exclusion, relevancy, undue burden or any other proper ground.

**I. Description of documents in possession of the Plaintiff.**

    i.    Documents regarding Michael C. Keeley – *Bates # 000958 - 001147– forwarded to Defendants' counsel under separate cover*;

**TYRONE HENDERSON** and
**JAMES O. HINES, JR.,**
*For themselves and on behalf of all similarly situated individuals,*

_____/s/_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@cox.net

Dale Wood Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212
(804) 861-6000 - Telephone
(804) 861-3368 - Facsimile
Email: dale@pittmanlawoffice.com

Susan Mary Rotkis
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
(757) 930-3660 - Telephone
(757) 930-3662 - Facsimile
Email: srotkis@clalegal.com

David A Searles
Francis & Mailman PC
Land Title Building
100 S Broad Street 19th Floor
Philadelphia, PA 19110
(215) 735-8600 - Telephone
(215) 940-8000 - Facsimile
Email: dsearles@consumerlawfirm.com

James Arthur Francis
Francis & Mailman PC
Land Title Building
100 S Broad Street 19th Floor
Philadelphia, PA 19110
(215) 735-8600 - Telephone
(215) 940-8000 - Facsimile
Email: jfrancis@consumerlawfirm.com

Janelle Elene Mason
Consumer Litigation Associates PC (Alex)
1800 Diagonal Rd
Suite 600
Alexandria, VA 22314
(703) 273-7770 - Telephone
(888) 892-3512 - Facsimile
Email: janelle@clalegal.com

Matthew James Erausquin
Consumer Litigation Associates PC (Alex)
1800 Diagonal Rd
Suite 600
Alexandria, VA 22314
(703) 273-6080 - Telephone
(888) 892-3512 - Facsimile
Email: matt@clalegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of March 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Alan Durrum Wingfield
Troutman Sanders, LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
E-mail:  alan.wingfield@troutmansanders.com

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
Email: david.anthony@troutmansanders.com

John C. Lynch
Troutman Sanders, LLP
P.O. Box 61185
222 Central Park Avenue
Suite 2000
Virginia Beach, VA  23462
E-mail:  john.lynch@troutmansanders.com

Timothy James St. George
Troutman Sanders, LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
E-mail:  tim.stgeorge@troutmansanders.com

/s/
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@cox.net