


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE HENDERSON, *et al.*

**Plaintiffs,**

v.  Civil Action No. 3:12cv97 (REP)

CORELOGIC, INC., *et al.*

**Defendants.**

## AGREED ORDER

CAME NOW the parties, Defendants, CoreLogic, Inc. and CoreLogic National Background Data, LLC f/k/a National Background Data, LLC (collectively, "Defendants"), and Plaintiffs, Tyrone Henderson and James Hines (collectively, "Plaintiffs"), by counsel, seeking to modify certain discovery-related deadlines in this action.

WHEREAS, the parties have engaged in substantial meet and confer discussions regarding discovery and scheduling in this case; desire additional time to conduct discovery in this matter; and desire to conduct discovery in the alternative and streamlined manner expressed below. UPON CONSIDERATION WHEREOF, for good cause shown, and by agreement of the parties, it is hereby, ORDERED, ADJUDGED and DECREED as follows:

1. The parties agree to extend the discovery cutoff until May 15, 2013. The deadline to file motions for summary judgment based upon Phase I discovery, and the deadline to file any motions relating to class certification, is extended until May 31, 2013;

2. The deadline for submission of objections to any written discovery served shall be extended until the time that responses to such discovery are due;

3. Neither party shall have an obligation to create or serve any privilege log in Phase I of this action;

4. The parties expressly agree that any discovery relating to damages, whether actual, statutory, or punitive, is deferred in its entirety until Phase II of discovery. The parties further agree, however, that this deferment is without prejudice to either parties' contentions relative to the significance of proof or disproof of such damages with respect to any motions regarding class certification; and

5. Expert disclosures to be used in Phase I (summary judgment and/or class certification) shall be made simultaneously on or before April 19, 2013. Any rebuttal expert disclosures shall be due on or before May 3, 2013.

The Clerk is directed to send a copy of this Order to counsel of record.

Richmond, Virginia  
Date: April 10, 2013

/s/ REP  
HON. ROBERT E. PAYNE  
Senior United States District Judge

**WE ASK FOR THIS:**

David N. Anthony (VSB # 31696)  
Alan D. Wingfield (VSB # 27489)  
Timothy J. St. George (VSB # 77349)  
TROUTMAN SANDERS LLP  
1001 Haxall Point  
Richmond, Virginia 23219  
Telephone No.: (804) 697-1200  
Facsimile No.: (804) 697-1339  
david.anthony@troutmansanders.com  
alan.wingfield@troutmansanders.com  
tim.stgeorge@troutmansanders.com

*Counsel for Defendants*

/s/ Susan M. Rot
_____
Leonard Anthony Bennett (VSB #37523)
Susan Mary Rotkis (VSB # 40693)
CONSUMER LITIGATION ASSOCIATES, PC
12515 Warwick Blvd., Suite 1000
Newport News, Virginia 23606
lenbennett@cox.net
srotkis@clalegal.com

Matthew James Erausquin (VSB # 65434)
Janelle E. Mason (VSB # 82389)
CONSUMER LITIGATION ASSOCIATES, PC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
matt@clalegal.com
janelle@clalegal.com

Dale W. Pittman (VSB #15673)
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb St.
Petersburg, VA 23803
Telephone: (804) 861-6000
Facsimile: (804) 861-3362
dale@pittmanlawoffice.com


James Arthur Francis (*pro hac vice*)
David A Searles (*pro hac vice*)
FRANCIS & MAILMAN PC
Land Title Building
100 S Broad Street, 19th Floor
Philadelphia, PA 19110
Telephone: 215-735-8600
Facsimile: 215-940-8000
jfrancis@consumerlawfirm.com
dsearles@consumerlawfirm.com

*Counsel for Plaintiffs*


20335771v1