UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**TYRONE HENDERSON and
JAMES O. HINES, JR.,**
*On behalf of themselves and others
similarly situated,*

        **Plaintiffs,**

v.                                         **CIVIL ACTION NO: 3:12cv97-REP**

**CORELOGIC, INC.,** *et al.,*

        **Defendants.**

## MOTION TO AMEND SCHEDULING ORDER

COMES NOW the Plaintiff, by counsel, with the agreement and consent of the Defendants and hereby moves the Court to for a further enlargement of time to conduct discovery and to further amend the Agreed Order entered on April 10, 2013 [Docket 40]:

The parties continue to engage in substantial meet and confer discussions regarding discovery and scheduling in this case and the parties seek a further enlargement to allow additional time to conduct discovery in this matter. However, the deadline by which each Party is to make their respective disclosures pursuant to Fed. R. Civ. P. 26(a)(2) is tomorrow, April 19, 2013. Plaintiffs file this motion before the expiration of this filing and service date in order to permit the completion of a complete and formal proposed agreed order resolving remaining issues of discovery and timing.

        Accordingly, the Plaintiffs respectfully request that the Court grant the motion to further extend the discovery deadlines as outlined above.

                                      Respectfully submitted,

**TYRONE HENDERSON and
JAMES O. HINES, JR.,**
*On behalf of themselves and others
similarly situated,,*


_____/s/_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of April, 2013, I will file the foregoing motion electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
Richmond, VA 23219
804-697-5410
Fax: 804-698-5118
Email: david.anthony@troutmansanders.com

Timothy James St. George
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
Richmond, VA 23219
804-697-1254
Email: tim.stgeorge@troutmansanders.com

Alan D. Winfield
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
Richmond, VA 23219
804-697-1254
Email: alan.wingfield@troutmansanders.com

*Counsel for Defendants*

                                  /s/
                              Leonard A. Bennett, Esq.
                              VSB #37523
                              Attorney for Plaintiff
                              CONSUMER LITIGATION ASSOCIATES, P.C.
                              763 J. Clyde Morris Boulevard, Suite 1-A
                              Newport News, Virginia 23601
                              (757) 930-3660 - Telephone
                              (757) 930-3662 – Facsimile
                              lenbennett@cox.net