IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE HENDERSON,
et al.,

    Plaintiffs,

v.                            Civil Action No. 3:12cv97

CORELOGIC, INC.,
et al.,

    Defendants.

**ORDER**

Having reviewed the MOTION TO AMEND SCHEDULING ORDER (Docket No. 43) and JOINT MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES (Docket No. 44), and for good cause shown, it is hereby ORDERED that the motions are granted. It is further ORDERED that:

(1) the parties shall complete their meet and confer session on any outstanding discovery issues by June 5, 2013; and

(2) the parties shall submit to the Court, by June 7, 2013, a Revised Scheduling Order; if any discovery issues remain unresolved, the parties shall contact the Court, by June 7, 2013, to arrange for a conference call to address the issues that remain in dispute.

It is so ORDERED.

                                          /s/
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: June 4, 2013