UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**TYRONE HENDERSON,** *et al.*

    **Plaintiffs,**

v.                                                              Civil Action No. 3:12cv97 (REP)

**CORELOGIC, INC.,** *et al.*

    **Defendants.**

### JOINT MOTION TO EXTEND TIME TO SUBMIT REVISED ORDER

Plaintiffs, Tyrone Henderson and James O. Hines, Jr. (collectively, "Plaintiffs"), and Defendants, CoreLogic, Inc. and CoreLogic National Background Data, LLC (collectively, "Defendants"), by counsel, hereby submit this Joint Motion to Extend Time to Submit Revised Order.

On May 31, 2012, the parties filed a Joint Motion to Extend Certain Pretrial Deadlines (Dkt. No. 44), which was the granted by the Court. (Dkt. No. 45). In the Court's Order, the parties were required to complete their meet and confer process by June 5, 2012, and to submit a Revised Scheduling Order by June 7, 2013. The parties have since completed their productive meet and confer process, and they are in the process of memorializing their agreements into a draft order. The draft order, however, contains a number of dates that the parties wish to have additional time to discuss in order to make informed choices. Therefore, the parties request that the deadline to submit their Revised Scheduling Order to the Court be extended by two business days, to June 11, 2013. This request is made prior to the expiration of the current deadline, and it will have no effect on any other scheduling issues in the case.

WHEREFORE, Plaintiffs, Tyrone Henderson and James O. Hines, Jr., and Defendants, CoreLogic, Inc. and CoreLogic National Background Data, LLC, respectfully request that the

Court: (1) grant their Joint Motion to Extend Time to Submit Revised Order; and (2) grant the parties such other relief as is appropriate.

                                                                    **TYRONE HENDERSON and**
                                                                    **JAMES O. HINES, JR.**:

                                                                    By:/s/_____
                                                                                Of Counsel

Leonard Anthony Bennett (VSB #37523)
Susan Mary Rotkis (VSB # 40693)
CONSUMER LITIGATION ASSOCIATES, PC
12515 Warwick Blvd., Suite 1000
Newport News, Virginia 23606
lenbennett@cox.net
srotkis@clalegal.com

Matthew James Erausquin (VSB # 65434)
Janelle E. Mason (VSB # 82389)
CONSUMER LITIGATION ASSOCIATES, PC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
matt@clalegal.com
janelle@clalegal.com

Dale W. Pittman (VSB #15673)
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb St.
Petersburg, VA 23803
Telephone: (804) 861-6000
Facsimile: (804) 861-3362
dale@pittmanlawoffice.com

James Arthur Francis (*pro hac vice*)
David A Searles (*pro hac vice*)
FRANCIS & MAILMAN PC
Land Title Building
100 S Broad Street, 19th Floor
Philadelphia, PA  19110
Telephone: 215-735-8600
Facsimile: 215-940-8000
jfrancis@consumerlawfirm.com
dsearles@consumerlawfirm.com

*Counsel for Plaintiffs*

**CORELOGIC, INC. and**
**CORELOGIC NATIONAL BACKGROUND**
**DATA, LLC**:


By:/s/_____
                   Of Counsel

Alan D. Wingfield (VSB No. 27489)
David N. Anthony (VSB No. 31696)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
alan.wingfield@troutmansanders.com
david.anthony@troutmansanders.com
tim.stgeorge@troutmansanders.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of June 2013, I filed a copy of the foregoing on the Court's Electronic Case Filing System, which will send a notice of electronic filing to:

| | |
|---|---|
| Leonard A. Bennett, Esq.<br>Susan M. Rotkis, Esq.<br>CONSUMER LITIGATION ASSOCIATES, P.C.<br>763 J. Clyde Morris Blvd, Suite 1A<br>Newport News, VA 23601<br>Telephone: (757) 930-3660<br>Facsimile: (757) 930-3662<br>Email: lenbennett@cox.net<br>*Counsel for Plaintiffs* | Dale W. Pittman, Esq.<br>THE LAW OFFICE OF DALE W. PITTMAN, P.C.<br>The Eliza Spotswood House<br>112-A West Tabb St.<br>Petersburg, VA 23803<br>Telephone: (804) 861-6000<br>Facsimile: (804) 861-3362<br>Email: dale@pittmanlawoffice.com<br>*Counsel for Plaintiffs* |
| David A Searles, Esq.<br>DONOVAN SEARLES LLC<br>1845 Walnut St., Ste 1100<br>Philadelphia, PA 19103<br>Telephone: 215-732-6067<br>Facsimile: 215-732-8060<br>*Counsel for Plaintiffs* | James Arthur Francis, Esq.<br>FRANCIS & MAILMAN PC<br>Land Title Building<br>100 S Broad Street, 19th Floor<br>Philadelphia, PA 19110<br>Telephone: 215-735-8600<br>Facsimile: 215-940-8000<br>Email: jfrancis@consumerlawfirm.com<br>*Counsel for Plaintiffs* |
| Janelle E. Mason, Esq.<br>Matthew J. Erausquin, Esq.<br>CONSUMER LITIGATION ASSOCIATES, P.C.<br>1800 Diagonal Rd<br>Suite 600<br>Alexandria, VA 22314<br>Telephone: (703) 273-7770<br>Facsmile: (888) 892-3512<br>Email: janelle@clalegal.com<br>Email: matt@clalegal.com<br>*Counsel for Plaintiffs* | |

/s/ Timothy J. St. George
Timothy J. St. George (VSB Bar No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
tim.stgeorge@troutmansanders.com

Active 20515083v1 241783.000003