UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**TYRONE HENDERSON,** *et al.*

    **Plaintiffs,**

v.                                                     Civil Action No. 3:12cv97 (REP)

**CORELOGIC, INC.,** *et al.*

    **Defendants.**

### DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR EXTENSION OF THE DISCOVERY PERIOD

Defendants, CoreLogic, Inc. and CoreLogic National Background Data, LLC (collectively, "Defendants"), by counsel, hereby submit this response to Plaintiffs' Motion for Extension of the Discovery Period.

On August 29, 2013, Plaintiffs filed a Motion for Extension of the Discovery Period, seeking an additional sixty days to conduct discovery. In that motion, Plaintiffs noted that the parties were meeting and conferring about Plaintiffs' request.

Over the past week, the parties have continued their meet and confer efforts in good faith, which remain ongoing. Due to the ongoing nature of that process, Plaintiffs' counsel requested that Defendants respond to their motion, both noting the continuing nature of those discussions and requesting that the parties be allowed until September 16, 2013 to complete their discussions, at which time Plaintiffs will update the Court as to the outcome of the parties' discussions, as set forth in the Motion for Extension of the Discovery Period.

**CORELOGIC, INC. and**
**CORELOGIC NATIONAL BACKGROUND**
**DATA, LLC**:


By:/s/_____
                      Of Counsel

Alan D. Wingfield (VSB No. 27489)
David N. Anthony (VSB No. 31696)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
alan.wingfield@troutmansanders.com
david.anthony@troutmansanders.com
tim.stgeorge@troutmansanders.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of September 2013, I filed a copy of the foregoing on the Court's Electronic Case Filing System, which will send a notice of electronic filing to:

Leonard A. Bennett, Esq.
Susan M. Rotkis, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@cox.net
*Counsel for Plaintiffs*

Dale W. Pittman, Esq.
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb St.
Petersburg, VA 23803
Telephone: (804) 861-6000
Facsimile: (804) 861-3362
Email: dale@pittmanlawoffice.com
*Counsel for Plaintiffs*

David A Searles, Esq.
DONOVAN SEARLES LLC
1845 Walnut St., Ste 1100
Philadelphia, PA 19103
Telephone: 215-732-6067
Facsimile: 215-732-8060
*Counsel for Plaintiffs*

James Arthur Francis, Esq.
FRANCIS & MAILMAN PC
Land Title Building
100 S Broad Street, 19th Floor
Philadelphia, PA 19110
Telephone: 215-735-8600
Facsimile: 215-940-8000
Email: jfrancis@consumerlawfirm.com
*Counsel for Plaintiffs*

Janelle E. Mason, Esq.
Matthew J. Erausquin, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd
Suite 600
Alexandria, VA 22314
Telephone: (703) 273-7770
Facsmile: (888) 892-3512
Email: janelle@clalegal.com
Email: matt@clalegal.com
*Counsel for Plaintiffs*

                /s/ Timothy J. St. George
                Timothy J. St. George (VSB Bar No. 77349)
                TROUTMAN SANDERS LLP
                1001 Haxall Point
                Richmond, Virginia 23219
                Telephone: (804) 697-1254
                Facsimile: (804) 698-6013
                tim.stgeorge@troutmansanders.com

21242915v1