IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE HENDERSON,

    Plaintiff,

v.                              Civil Action No. 3:12cv97

CORELOGIC, INC.,
et al.,

    Defendants.

**ORDER**

Before the Court is plaintiff's MOTION FOR AN EXTENSION OF THE DISCOVERY PERIOD (Docket No. 51) in which the plaintiff seeks to extend the August 30, 2013 deadline. Having reviewed the motion and the defendants' response thereto (Docket No. 52), it is hereby ORDERED that the plaintiff's MOTION FOR AN EXTENSION OF THE DISCOVERY PERIOD (Docket No. 51) is granted. Further, the Court has reviewed the file herein, and it appearing that the Complaint was filed on February 9, 2012, and the Initial Pretrial Conference was held on June 25, 2012, it is further ORDERED that the parties shall finalize their ongoing discussions and, by September 16, 2013, submit to the Court their Agreed Scheduling Order.

    It is so ORDERED.

                                              /s/    *REP*
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: September 11, 2013