UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**TYRONE HENDERSON**, *et al.*

      Plaintiffs,

v.                                                              Civil Action No. 3:12cv97 (REP)

**CORELOGIC, INC.**, *et al.*

      Defendants.

## JOINT MOTION TO EXTEND DEADLINE TO SUBMIT A DISCOVERY ORDER

Plaintiffs, Tyrone Henderson and James O. Hines, Jr. (collectively, "Plaintiffs"), and Defendants, CoreLogic, Inc. and CoreLogic National Background Data, LLC (collectively, "Defendants"), by counsel, hereby submit this Joint Motion to Extend Deadline to Submit A Discovery Order.

Under the terms of the Court's Order of September 11, 2013 (Dkt. No. 53), the parties were to submit an Agreed Order governing discovery by September 16, 2013.  The parties have substantially-completed such an Order, and they have been working diligently to submit it to the Court.  The travel schedules of the parties and their clients, however, have delayed the finalization of that Order on the day it is due.  Therefore, the parties request that they be granted until the close of business on September 18, 2013 to submit their finalized Order to the Court.

This motion is jointly made in good faith and not for any dilatory purpose.  The brief extension requested herein will not affect any existing deadline in the case.

WHEREFORE, Plaintiffs, Tyrone Henderson and James O. Hines, Jr., and Defendants, CoreLogic, Inc. and CoreLogic National Background Data, LLC, respectfully request that the Court: (1) grant their Joint Motion to Extend Deadline to Submit A Discovery Order; and (2) grant the parties such other relief as is appropriate.

        **TYRONE HENDERSON and**
        **JAMES O. HINES, JR.**:


        By:/s/_____
                Of Counsel

Leonard Anthony Bennett (VSB #37523)
Susan Mary Rotkis (VSB # 40693)
CONSUMER LITIGATION ASSOCIATES, PC
12515 Warwick Blvd., Suite 1000
Newport News, Virginia 23606
lenbennett@cox.net
srotkis@clalegal.com

Matthew James Erausquin (VSB # 65434)
Janelle E. Mason (VSB # 82389)
CONSUMER LITIGATION ASSOCIATES, PC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
matt@clalegal.com
janelle@clalegal.com

Dale W. Pittman (VSB #15673)
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb St.
Petersburg, VA 23803
Telephone: (804) 861-6000
Facsimile: (804) 861-3362
dale@pittmanlawoffice.com

James Arthur Francis (*pro hac vice*)
David A Searles (*pro hac vice*)
FRANCIS & MAILMAN PC
Land Title Building
100 S Broad Street, 19th Floor
Philadelphia, PA 19110
Telephone: 215-735-8600
Facsimile: 215-940-8000
jfrancis@consumerlawfirm.com
dsearles@consumerlawfirm.com

*Counsel for Plaintiffs*

**CORELOGIC, INC. and
CORELOGIC NATIONAL BACKGROUND
DATA, LLC**:


By:/s/_____
   Of Counsel

Alan D. Wingfield (VSB No. 27489)
David N. Anthony (VSB No. 31696)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
alan.wingfield@troutmansanders.com
david.anthony@troutmansanders.com
tim.stgeorge@troutmansanders.com

*Counsel for Defendants*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 16th day of September 2013, I filed a copy of the foregoing on the Court's Electronic Case Filing System, which will send a notice of electronic filing to:

Leonard A. Bennett, Esq.
Susan M. Rotkis, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@cox.net
*Counsel for Plaintiffs*

Dale W. Pittman, Esq.
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb St.
Petersburg, VA 23803
Telephone: (804) 861-6000
Facsimile: (804) 861-3362
Email: dale@pittmanlawoffice.com
*Counsel for Plaintiffs*

David A Searles, Esq.
DONOVAN SEARLES LLC
1845 Walnut St., Ste 1100
Philadelphia, PA 19103
Telephone: 215-732-6067
Facsimile: 215-732-8060
*Counsel for Plaintiffs*

James Arthur Francis, Esq.
FRANCIS & MAILMAN PC
Land Title Building
100 S Broad Street, 19th Floor
Philadelphia, PA 19110
Telephone: 215-735-8600
Facsimile: 215-940-8000
Email: jfrancis@consumerlawfirm.com
*Counsel for Plaintiffs*

Janelle E. Mason, Esq.
Matthew J. Erausquin, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd
Suite 600
Alexandria, VA 22314
Telephone: (703) 273-7770
Facsmile: (888) 892-3512
Email: janelle@clalegal.com
Email: matt@clalegal.com
*Counsel for Plaintiffs*

      /s/ Timothy J. St. George
Timothy J. St. George (VSB Bar No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
tim.stgeorge@troutmansanders.com

21275604v1

4