UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

FILED
OCT - 1 2013
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

TYRONE HENDERSON, *et al.*

Plaintiffs,

v.  Civil Action No. 3:12cv97 (REP)

CORELOGIC, INC., *et al.*

Defendants.

## DISCOVERY REPORT, STIPULATION AND ORDER

CAME NOW Plaintiffs, Tyrone Henderson and James Hines, by counsel, and, Defendants, CoreLogic, Inc. and CoreLogic National Background Data, LLC, by counsel, in response to the Court's Order of September 11, 2013 (Dkt. No. 53).

WHEREAS, Plaintiffs and Defendants report and stipulate as follows; and

UPON CONSIDERATION WHEREOF, it is hereby, ORDERED, ADJUDGED and DECREED as follows:

1. The Phase I discovery cutoff is extended until October 25, 2013, with the exception of expert depositions, which shall be governed by paragraph 2. The discovery during the remainder of the discovery period shall be limited to Fed. R. Civ. P. 30(b)(1) depositions and expert discovery.

2. Plaintiffs' expert witness disclosures and report(s) shall be served on or before October 11, 2013. Defendants' Rebuttal report will be served by November 7, 2013. Expert depositions shall be completed on or before November 21, 2013.

3. In lieu of Plaintiffs' conducting any further discovery as to Defendant's customers, Defendants hereby stipulate that the collective discovery of their customers would produce information sufficient to permit Plaintiffs to identify (including, without limitation, by

name, address, date of birth, social security number and other personal identifiers) the individual of interest that was the subject of a particular search query submitted to CoreLogic National Background Data, LLC by its customers. Defendants further stipulate that they will not oppose Plaintiffs' motion for class certification on the basis of whether any of those same customers may have included the name of either Defendant on any notice that was sent to a consumer pursuant to 15 U.S.C. § 1681k(a)(1).

4. The Parties agree that no further discovery from or regarding Defendants' present or former customers will occur during Phase I based upon the understanding of and reliance upon representations by counsel for the Parties that neither party expects to use in briefing declarations, affidavits, or other testimony from such third party customers. The limitation identified in this paragraph is not intended to preclude the use of declarations or witnesses in order to respond to factual representations regarding the conduct of such customers in the opening briefs, provided, however, that the parties' rights to depose all such declarants shall be respected.

5. The deadline to file any motions for summary judgment based upon Phase I discovery, and the deadline to file any motions relating to class certification is extended until December 18, 2013. Any opposition to such motion(s) shall be filed by January 24, 2014. Any reply to such motion(s) shall be filed by February 14, 2014.

The Clerk is directed to send a copy of this Order to counsel of record.

/s/ *REP*
HON. ROBERT E. PAYNE
Senior United States District Judge

Richmond, Virginia
Date: September 1, 2013

2

**WE ASK FOR THIS:**

_____
Leonard Anthony Bennett (VSB #37523)
Susan Mary Rotkis (VSB # 40693)
CONSUMER LITIGATION ASSOCIATES, PC
12515 Warwick Blvd., Suite 1000
Newport News, Virginia 23606
lenbennett@cox.net
srotkis@clalegal.com

Matthew James Erausquin (VSB # 65434)
Janelle E. Mason (VSB # 82389)
CONSUMER LITIGATION ASSOCIATES, PC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
matt@clalegal.com
janelle@clalegal.com

Dale W. Pittman (VSB #15673)
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb St.
Petersburg, VA 23803
Telephone: (804) 861-6000
Facsimile: (804) 861-3362
dale@pittmanlawoffice.com

James Arthur Francis (*pro hac vice*)
David A Searles (*pro hac vice*)
FRANCIS & MAILMAN PC
Land Title Building
100 S Broad Street, 19th Floor
Philadelphia, PA 19110
Telephone: 215-735-8600
Facsimile: 215-940-8000
jfrancis@consumerlawfirm.com
dsearles@consumerlawfirm.com

*Counsel for Plaintiffs*

**SEEN AND AGREED:**

_____
Alan D. Wingfield (VSB No. 27489)
David N. Anthony (VSB No. 31696)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
alan.wingfield@troutmansanders.com
david.anthony@troutmansanders.com
tim.stgeorge@troutmansanders.com

*Counsel for Defendants*