UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE HENDERSON,
JAMES O. HINES, JR.
*on behalf of themselves and others
similarly situated*,

        Plaintiffs,

                                                    Civil Action No. 3:12cv97

v.

CORELOGIC, INC., *et al*.

        Defendants.

## PLAINTIFFS' FIFTH SUPPLEMENTAL FED. R. CIV. P. 26(a)(1) DISCLOSURES

COME NOW the Plaintiffs, Tyrone Henderson and James O. Hines, Jr., by counsel and pursuant to Fed. R. Civ. P. 26(a)(1), and make the following supplemental disclosures to Defendant. These initial disclosures are based on information reasonably available to Plaintiffs at this time. Plaintiffs reserve the right to supplement these initial disclosures (either through express supplements to these disclosures or through responses to formal discovery) when additional information becomes available.

In making these initial disclosures, Plaintiffs do not waive the right to object on the grounds of competency, privilege, relevancy and materiality, hearsay or any other proper ground to the use of any such information, for any purpose, in whole or in part, and this action or any other action. Plaintiffs also do not waive the right to object to any request for production of any document, electronically stored information, or tangible thing on the basis of any privilege, the work product doctrine, evidentiary exclusion, relevancy, undue burden or any other proper ground.

I.  **Individuals likely to have discoverable information.**

Notwithstanding that the following individuals have previously been known to the Defendants, Plaintiffs are formally supplementing their Rule 26(a)(1) disclosures with the names of the following individuals at McGladrey LLP that Plaintiffs' counsel has been working with in regards to the Defendants' database:

Frank Barken
McGladrey LLP
8000 Towers Crescent Drive, Suite 500
Vienna, VA 22182

Soren Burkhart
McGladrey LLP
8000 Towers Crescent Drive, Suite 500
Vienna, VA 22182

Tom Burtner
McGladrey LLP
8000 Towers Crescent Drive, Suite 500
Vienna, VA 22182

        Respectfully submitted,
        **TYRONE HENDERSON and**
        **JAMES O. HINES, JR.,**
        *for themselves and on behalf of all*
        *similarly situated individuals,*

        _____/s/_____
        Janelle Mason Mikac, VSB No. 82389
        Matthew J. Erausquin, VSB No. 65434
        Consumer Litigation Associates, P.C.
        1800 Diagonal Road, Suite 600
        Alexandria, VA 22314
        (703) 273-7770 - Telephone
        (888) 892-3512 - Facsimile
        Email: janelle@clalegal.com
        Email: matt@claegal.com

        Leonard A. Bennett
        Susan Mary Rotkis

Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@cox.net
Email: srotkis@clalegal.com

Dale Wood Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212
(804) 861-6000 - Telephone
(804) 861-3368 - Facsimile
Email: dale@pittmanlawoffice.com

David A Searles
James Arthur Francis
Francis & Mailman, P.C.
Land Title Building
100 S Broad Street 19th Floor
Philadelphia, PA 19110
(215) 735-8600 - Telephone
(215) 940-8000 - Facsimile
Email: dsearles@consumerlawfirm.com
Email: jfrancis@consumerlawfirm.com

*Counsel for the Plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 30th day of October, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Alan D. Wingfield
Troutman Sanders, LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
alan.wingfield@troutmansanders.com

David N. Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
david.anthony@troutmansanders.com

John C. Lynch
Troutman Sanders, LLP
P.O. Box 61185
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462
john.lynch@troutmansanders.com

Timothy J. St. George
Troutman Sanders, LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
tim.stgeorge@troutmansanders.com

        /s/
       Janelle Mason Mikac, VSB No. 82389
       *Counsel for the Plaintiffs*
       CONSUMER LITIGATION ASSOCIATES, P.C.
       1800 Diagonal Road, Suite 600
       Alexandria, VA 22314
       Tel: (703) 273-7770
       Fax: (888) 892-3512
       janelle@clalegal.com