## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

**TYRONE HENDERSON,** *et al.*

     **Plaintiffs,**

**v.**                                          **Civil Action No. 3:12cv97 (REP)**

**CORELOGIC NATIONAL BACKGROUND DATA, LLC**

     **Defendant.**

## DEFENDANT'S MOTION TO FILE CERTAIN EXHIBITS AND INFORMATION IN PLAINTIFF'S MOTION FOR CLASS CERTIFICATION UNDER SEAL

Defendant, CoreLogic National Background Data, LLC ("NBD"), by counsel, and pursuant to Rule 5 of the Local Rules of the United States District Court for the Eastern District of Virginia, submits this Motion to File Certain Exhibits and Information in Plaintiffs' Motion for Class Certification Under Seal.

In particular, after meeting and conferring on the issue, to the extent that such materials are ultimately attached to or referenced in Plaintiff's Motion for Class Certification or the related memorandum, NBD will seek to place under seal the following documents that were produced in discovery and marked as "Confidential," along with any description of the information that is contained in those documents: CL-H0005-6; CL-H-00299; CL-H00546-581; CL-H02518-2525; CL-H02569-2577; CL-H02673-2678; CL-H02711-2712; CL-H02718; CL-H02721-2739; CL-H02950; CL-H07708; CL-H10000-10002/10006;CL-H10043-10093; CL-H10100-10102; CL-H10105-10107; CL-H10113-10115; CL-H10147-10191; CL-H10794; CL-H78976; CL-H92992-92995; CL-H94152-94158; and CL-H92986-92987.  NBD will also seek to have placed under seal its responses to Plaintiffs' First Set of Interrogatory Nos. 2, 4, 6, 13, 17, and 25, including as supplemented, as well as any affidavit that is submitted by any employee of McGladrey, LLP describing the contents of the computer systems at issue.

Under the terms of the Stipulated Protective and Non-Waiver Order entered in this case, NBD will file a non-confidential memorandum within five days of Plaintiffs' filing, which will also note where Plaintiffs have not objected to such proposed sealing.

**CORELOGIC NATIONAL BACKGROUND DATA, LLC f/k/a NATIONAL BACKGROUND DATA, LLC**

By:/s/ David. N. Anthony_____
                    Of Counsel

Alan D. Wingfield (VSB No. 27489)
David N. Anthony (VSB No. 31696)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia  23219
Telephone: (804) 697-1200
Facsimile:  (804) 698-1339
alan.wingfield@troutmansanders.com
david.anthony@troutmansanders.com
tim.stgeorge@troutmansanders.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of January 2014, I filed a true and correct copy of the

foregoing on ECF, which will send a notice of electronic filing to:

Leonard A. Bennett, Esq.
Susan M. Rotkis, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@cox.net

*Counsel for Plaintiffs*

Dale W. Pittman, Esq.
THE LAW OFFICE OF DALE W.
PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb St.
Petersburg, VA 23803
Telephone: (804) 861-6000
Facsimile: (804) 861-3362
Email: dale@pittmanlawoffice.com

*Counsel for Plaintiffs*

Janelle E. Mason, Esq.
Matthew J. Erausquin, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd
Suite 600
Alexandria, VA 22314
Telephone: (703) 273-7770
Facsmile: (888) 892-3512
Email: janelle@clalegal.com
Email: matt@clalegal.com

*Counsel for Plaintiffs*

James Arthur Francis, Esq.
David A. Searles, Esq.
FRANCIS & MAILMAN PC
Land Title Building
100 S Broad Street, 19th Floor
Philadelphia, PA 19110
Telephone: 215-735-8600
Facsimile: 215-940-8000
Email: jfrancis@consumerlawfirm.com

*Counsel for Plaintiffs*

/s/ David N. Anthony
David N. Anthony (VSB Bar No. 31696)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
david.anthony@troutmansanders.com