IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE HENDERSON, et al.,

    Plaintiff,

v.                                Civil Action No. 3:12cv97

CORELOGIC, INC.,
et al.,

    Defendants.

**ORDER**

Before the Court is the DEFENDANT'S MOTION TO FILE CERTAIN EXHIBITS AND INFORMATION IN ITS MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL (Docket No. 65). The Court will construe the motion as a MOTION TO FILE DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AND CERTAIN EXHIBITS THERETO UNDER SEAL. Having reviewed the motion, and for good cause shown, it is hereby ORDERED that the motion (Docket No. 65) is granted. It is further ORDERED that the Clerk shall file DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT and certain exhibits thereto under seal.

    It is so ORDERED.

                                            /s/       REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: January 6, 2014