UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE HENDERSON, *et al.*

    Plaintiffs,

v.                                                                    Civil Action No. 3:12cv97 (REP)

CORELOGIC NATIONAL BACKGROUND DATA, LLC

    Defendant.

## DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE OPPOSITION BRIEF

Defendant, CoreLogic National Background Data, LLC ("NBD"), by counsel, pursuant to Fed. R. Civ. P. 6(b)(1) and Local Civil Rule 7(F)(2)(b), files this Consent Motion for an Extension of Time within which to file its memorandum in opposition to Plaintiffs' Motion for Class Certification (Dkt No. 70). In support of its Motion, NBD states as follows:

1. On October 1, 2013, this Court entered an Order establishing a briefing schedule for any Motions for Summary Judgment and Plaintiffs' Motion for Class Certification. (Dkt. No. 56.) Under that Order, all such motions were due by December 18, 2013, with opposition briefs due by January 24, 2013, and any reply briefs due by February 14, 2014. *See id.*

2. On December 18, 2013, Plaintiffs moved to extend the time for the filing of any Motion for Class Certification and/or Motion for Summary Judgment until December 23, 2013. (Dkt. No. 58.) NBD did not oppose Plaintiffs' request. The Court granted the Plaintiffs' requested extension. (Dkt. No. 60.)

3. On December 22, 2013, Plaintiffs requested an additional extension of time until January 3, 2013 to file any Motions for Summary Judgment and their Motion for Class

Certification. (Dkt. No. 61.) NBD did not oppose that request. The Court granted Plaintiffs' additional requested extension. (Dkt. Mo. 63.)

4. NBD now moves for an extension of time to file its opposition to Plaintiffs' Motion for Class Certification, which will cause NBD's brief to be due by February 10, 2014. NBD also moves for an extension of time for Plaintiffs to file their opposition brief to NBD's Motion for Summary Judgment. NBD further moves to set new deadlines for the filing of any reply briefs to either motion, which will be due on February 28, 2014.

5. Under the proposed extended schedule, the deadlines for the parties to file their opposition briefs to the pending motions is extended until February 10, 2014, and the deadline to file any reply briefs in support of the pending motions is extended until February 28, 2014.

6. NBD's counsel has communicated with counsel for Plaintiffs, who are agreeable to the requested extensions. This extension request is made prior to the expiration of NBD's filing deadline. This reciprocal request for an extension of time is made in good faith and not for any dilatory purpose. The requested extension will not affect any additional deadlines in the case, including because no trial date has been scheduled. A proposed Agreed Order is being circulated for endorsement by counsel for the parties, a copy of which is attached hereto.

WHEREFORE, Defendant, National Background Data, LLC, hereby requests that the Court: (1) grant the Consent Motion for an Extension of Time; (2) enter the Agreed Order attached hereto; and (3) award it such further relief as the Court deems appropriate.

        **CORELOGIC NATIONAL BACKGROUND DATA, LLC f/k/a NATIONAL BACKGROUND DATA, LLC**


By:/s/ Timothy J. St. George_____
                Of Counsel

Alan D. Wingfield (VSB No. 27489)
David N. Anthony (VSB No. 31696)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 698-1339
alan.wingfield@troutmansanders.com
david.anthony@troutmansanders.com
tim.stgeorge@troutmansanders.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of January 2014, I filed a true and correct copy of the foregoing on the Court's Electronic Case Filing system, which will sent a notice of electronic filing to:

Leonard A. Bennett, Esq.
Susan M. Rotkis, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@cox.net
*Counsel for Plaintiffs*

David A Searles, Esq.
DONOVAN SEARLES LLC
1845 Walnut St., Ste 1100
Philadelphia, PA 19103
Telephone: 215-732-6067
Facsimile: 215-732-8060
*Counsel for Plaintiffs*

Janelle E. Mason, Esq.
Matthew J. Erausquin, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd
Suite 600
Alexandria, VA 22314
Telephone: (703) 273-7770
Facsmile: (888) 892-3512
Email: janelle@clalegal.com
Email: matt@clalegal.com
*Counsel for Plaintiffs*

Dale W. Pittman, Esq.
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb St.
Petersburg, VA 23803
Telephone: (804) 861-6000
Facsimile: (804) 861-3362
Email: dale@pittmanlawoffice.com
*Counsel for Plaintiffs*

James Arthur Francis, Esq.
FRANCIS & MAILMAN PC
Land Title Building
100 S Broad Street, 19th Floor
Philadelphia, PA 19110
Telephone: 215-735-8600
Facsimile: 215-940-8000
Email: jfrancis@consumerlawfirm.com
*Counsel for Plaintiffs*

/s/ Timothy J. St. George
Timothy J. St. George (VSB Bar No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
tim.stgeorge@troutmansanders.com