UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**TYRONE HENDERSON,** *et al.*

    **Plaintiffs,**

v.                                                          Civil Action No. 3:12cv97 (REP)

**CORELOGIC, INC.,** *et al.*

    **Defendants.**

## CONSENT ORDER

CAME NOW Defendant, CoreLogic National Background Data, LLC ("NBD"), by counsel, with the consent and agreement of Plaintiffs, Tyrone Henderson and James Hines, upon NBD's Consent Motion for an Extension of Time to File Opposition Brief.

WHEREAS the parties have agreed to the briefing schedule set forth herein.

UPON CONSIDERATION WHEREOF, for good cause shown, it is hereby, ORDERED, ADJUDGED and DECREED as follows:

1.    The deadline to file opposition briefs to Plaintiffs' Motion for Class Certification and NBD's Motion for Summary Judgment is extended until February 10, 2014.

2.    Any reply to such motion(s) shall be due by February 28, 2013.

The Clerk is directed to send a copy of this Order to counsel of record.

                                                                    HON. ROBERT E. PAYNE
                                                           Senior United States District Judge

Richmond, Virginia
Date: January __, 2014

**WE ASK FOR THIS**

_____
Alan D. Wingfield (VSB No. 27489)
David N. Anthony (VSB No. 31696)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
alan.wingfield@troutmansanders.com
david.anthony@troutmansanders.com
tim.stgeorge@troutmansanders.com

*Counsel for Defendant*

**SEEN AND AGREED**:

_____
Leonard Anthony Bennett (VSB #37523)
Susan Mary Rotkis (VSB # 40693)
CONSUMER LITIGATION ASSOCIATES, PC
12515 Warwick Blvd., Suite 1000
Newport News, Virginia 23606
lenbennett@cox.net
srotkis@clalegal.com

Matthew James Erausquin (VSB # 65434)
Janelle E. Mason (VSB # 82389)
CONSUMER LITIGATION ASSOCIATES, PC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
matt@clalegal.com
janelle@clalegal.com

Dale W. Pittman (VSB #15673)
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb St.
Petersburg, VA 23803
Telephone:  (804) 861-6000
Facsimile:  (804) 861-3362
dale@pittmanlawoffice.com

James Arthur Francis (*pro hac vice*)
David A Searles (*pro hac vice*)
FRANCIS & MAILMAN PC
Land Title Building
100 S Broad Street, 19th Floor
Philadelphia, PA  19110
Telephone: 215-735-8600
Facsimile: 215-940-8000
jfrancis@consumerlawfirm.com
dsearles@consumerlawfirm.com

*Counsel for Plaintiffs*

3