

FILED
FEB 10 2014
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

TYRONE HENDERSON, <u>et al.</u>,

     Plaintiff,

v.                                        Civil Action No. 3:12cv97

CORELOGIC, INC.,
<u>et al.</u>,

     Defendants.

**ORDER**

Having reviewed the DEFENDANT'S MOTION TO EXCEED PAGE LIMITATION OF LOCAL CIVIL RULE 7(F)(3) (Docket No. 81), the responses, and the reply, and finding good cause so to do, it is hereby ORDERED that the DEFENDANT'S MOTION TO EXCEED PAGE LIMITATION OF LOCAL CIVIL RULE 7(F)(3) (Docket No. 81) is granted; and, it is further ORDERED that the plaintiffs may file a reply brief not to exceed thirty-five (35) pages.

It is so ORDERED.

                            /s/
                            Robert E. Payne
                            Senior United States District Judge

Richmond, Virginia
Date: February 10, 2014