COVER SHEET
STATE OF ARKANSAS
CRIMINAL INFORMATION



FILED
SALINE COUNTY

2005 JUN 15 PM 2:43

This criminal information cover sheet or the standard criminal information form is required by Supreme Court Administration Order Number 8 to be completed for every defendant and filed by the prosecutor. The data contained herein shall not be admissible as evidence in any court proceeding or replace or supplement the filing and service of pleadings, orders, or other papers as required by law or Supreme Court rule.

County SALINE    District 22    Case Number CR2005-409
Judge Phillips    Division 3    Filing Date 6-15-05
Style of Case State of Arkansas v. Ronald Shamlin, jr.

Prosecutor Providing Information: Stephanie Williams

| | | | | |
|---|---|---|---|---|
| Is This an Amended Information | ☐ Yes | Is D being charges as a Habitual? | | ☐ Yes |
| If Yes, are you | | Are multiple D's Charged in the Information? | | ☐ Yes |
| Adding Offense(s)? | ☐ Yes | | | |
| Dropping Offense(s)? | ☐ Yes | | | |
| Changing Offense(s)? | ☐ Yes | | | |

| Defendant's Full Name | Date of Birth | Race | Sex | SID# | Arrest Date |
|---|---|---|---|---|---|
| Ronald Shamlin, jr. | 8/2/1965 | W | Male | | 1/11/2005 |

| Address (Street, City, State, Zip) | SS# | Driver's License No. |
|---|---|---|
| 20821 Congo Ferndale Little Rock, AR 72210 | Arrest Tracking # 0 | Prosecutor's File 3653 |

KNOWN ALAISES:
NOT AVAILABLE

The attached information accuses the above named defendant of the following crime(s):

| Code # | Offense | A/C/B | Offense Date | Counts | F/M | Class |
|---|---|---|---|---|---|---|
| 5-64-401 | MANUFACTURE OF A CONTROLLED SUBSTANCE (METH) | | 1/11/2005 | 1 | F | Y |
| 5-64-401 | POSSESSION OF METH WITH INTENT TO DELIVER | | | | | |
| 5-64-401 | POSSESSION OF A CONTROLLED SUBSTANCE (MARIJUANA) | | 1/11/2005 | 1 | M | A |
| 5-64-403 | USE OF PARAPHERNALIA TO MANUFACTURE METHAMPHETAMINE | | 1/11/2005 | 1 | F | B |
| 5-64-403 | POSSESSION OF DRUG PARAPHERNALIA | | 1/11/2005 | 1 | F | C |
| 5-64-402 | MAINTAINING A DRUG PREMISES | | 1/11/2005 | 1 | F | D |
| 5-74-106 | SIMULTANEOUS POSSESSION OF DRUGS AND FIREARMS | | 1/11/2005 | 1 | F | Y |
| 5-64-1102 | POSSESSION OF PARAPHANERNALIA WITH INTENT TO MANUFACTURE | | 1/11/2005 | 1 | F | D |

_____    _____
Circuit Clerk/Deputy Clerk    Prosecuting Attorney/Deputy Prosecuting Attorney
Book_____ Page_____
A TRUE COPY CERTIFIED THIS

JAN 28 2014

DENNIS MILLIGAN CIRCUIT CLERK
SALINE COUNTY, ARKANSAS
BY_____

EXHIBIT
I

FILED
SALINE COUNTY

IN THE CIRCUIT COURT OF SALINE COUNTY, ARKANSAS

2005 JUN 15 PM 2: 43

Y ___PLAINTIFF

STATE OF ARKANSAS

V. NO. CR 2005-409-3

RONALD SHAMLIN, JR.            DEFENDANT

20821 Congo Ferndale
Little Rock, AR 72210

DOB    8/2/1965
RACE   W
SEX    Male

CID
ATN   0

## INFORMATION

Comes the Prosecuting Attorney for SALINE County, Arkansas, and in the name and by the authority of the State of Arkansas, charges Ronald Shamlin, Jr. with the crime(s) of **MANUFACTURING A CONTROLLED SUBSTANCE (METH), USE OF PARAPHERNALIA TO MANUFACTURE METHAMPHETAMINE, POSSESSION OF DRUG PARAPHERNALIA, MAINTAINING A DRUG PREMISES, SIMULTANEOUS POSSESSION OF DRUGS AND FIREARMS and POSSESSION OF WITH INTENT TO MANUFACTURE** as follows:

**COUNT 1: CONTROLLED SUBSTANCE/CRIMINAL PENALTIES ARK. CODE ANN. § 5-64-401.** The said defendant in SALINE COUNTY, did unlawfully and feloniously on or about 1/11/2005 **manufacture methamphetamine.**

**5-64-401. Criminal penalties.**

(a) Except as authorized by subchapters 1-6 of this chapter, it is unlawful for any person to manufacture, deliver, or possess with intent to manufacture or deliver a controlled substance.

(1) Any person who violates this subsection with respect to:

(i) A controlled substance classified in Schedules I or II, which is a narcotic drug or methamphetamine, and by aggregate weight, including adulterants or diluents, is less than twenty-eight grams (28 g.), is guilty of a felony and shall be imprisoned for not less than ten (10) years nor more than forty (40) years, or life, and shall be fined an amount not exceeding twenty-five thousand dollars ($25,000). For all purposes other than disposition, this offense is a Class Y felony.

A controlled substance classified in Schedules I or II, which is a narcotic drug or methamphetamine, and by aggregate weight, including adulterants or diluents, is twenty-eight grams (28 g.) or more but less than two hundred grams (200 g.), is guilty of a felony and shall be imprisoned for not less than fifteen (15) years nor more than forty (40) years, or life, and shall be

fined an amount not exceeding fifty thousand dollars ($50,000). For all purposes other than disposition, this offense is a Class Y felony.

A controlled substance classified in Schedules I or II, which is a narcotic drug or methamphetamine, and by aggregate weight, including adulterants or diluents, is two hundred grams (200 g.) or more but less than four hundred grams (400 g.), is guilty of a felony and shall be imprisoned for not less than twenty (20) years nor more than forty (40) years, or life, and shall be fined an amount not exceeding one hundred thousand dollars ($100,000). For all purposes other than disposition, this offense is a Class Y felony.

A controlled substance classified in Schedules I or II, which is a narcotic drug or methamphetamine, and by aggregate weight, including adulterants or diluents, is four hundred grams (400 g.) or more, is guilty of a felony and shall be imprisoned for not less than forty (40) years, or life, and shall be fined an amount not exceeding two hundred and fifty thousand dollars ($250,000). For all purposes other than disposition, this offense is a Class Y felony.

Thereby committing the offense of manufacturing methamphetamine, said offense being a CLASS Y FELONY against the peace and dignity of the State of Arkansas.

**COUNT 2: CONTROLLED SUBSTANCE/CRIMINAL PENALTIES ARK. CODE ANN. § 5-64-401.** The said defendant in SALINE COUNTY, did unlawfully and feloniously on or about 1/11/2005 possess 3 grams of methamphetamine.

**5-64-401. Criminal penalties.**

(a) Except as authorized by subchapters 1-6 of this chapter, it is unlawful for any person to manufacture, deliver, or possess with intent to manufacture or deliver a controlled substance, **to wit; he was in possession of 3 grams of Meth.**

(1) Any person who violates this subsection with respect to:

(i) A controlled substance classified in Schedules I or II, which is a narcotic drug or methamphetamine, and by aggregate weight, including adulterants or diluents, is less than twenty-eight grams (28 g.), is guilty of a felony and shall be imprisoned for not less than ten (10) years nor more than forty (40) years, or life, and shall be fined an amount not exceeding twenty-five thousand dollars ($25,000). For all purposes other than disposition, this offense is a Class Y felony.

A controlled substance classified in Schedules I or II, which is a narcotic drug or methamphetamine, and by aggregate weight, including adulterants or diluents, is twenty-eight grams (28 g.) or more but less than two hundred grams (200 g.), is guilty of a felony and shall be imprisoned for not less than fifteen (15) years nor more than forty (40) years, or life, and shall be fined an amount not exceeding fifty thousand dollars ($50,000). For all purposes other than disposition, this offense is a Class Y felony.

A controlled substance classified in Schedules I or II, which is a narcotic drug or methamphetamine, and by aggregate weight, including adulterants or diluents, is two hundred grams (200 g.) or more but less than four hundred grams (400 g.), is guilty of a felony and shall be imprisoned for not less than twenty (20) years nor more than forty (40) years, or life, and shall be fined an amount not exceeding one hundred thousand dollars ($100,000). For all purposes other than disposition, this offense is a Class Y felony.

A controlled substance classified in Schedules I or II, which is a narcotic drug or methamphetamine, and by aggregate weight, including adulterants or diluents, is four hundred

grams (400 g.) or more, is guilty of a felony and shall be imprisoned for not less than forty (40) years, or life, and shall be fined an amount not exceeding two hundred and fifty thousand dollars ($250,000). For all purposes other than disposition, this offense is a Class Y felony.

Thereby committing the offense of POSSESSION OF A CONTROLLED SUBSTANCE (METH), said offense being a CLASS Y FELONY against the peace and dignity of the State of Arkansas.

**COUNT 3: CONTROLLED SUBSTANCE/CRIMINAL PENALTIES ARK. CODE ANN. § 5-64-401.** The said defendant in SALINE COUNTY, did unlawfully and feloniously on or about 1/11/2005 possess a baggie of marijuana.

**5-64-401. Criminal penalties.**

(c) It is unlawful for any person to possess a controlled substance or counterfeit substance unless the substance was obtained directly from, or pursuant to, a valid prescription or order of a practitioner while acting in the course of his professional practice, or except as otherwise authorized by this chapter. Any person convicted of a first offense for violation of this subsection is guilty of a Class A misdemeanor. Provided any person who is convicted of a second offense for a violation of this subsection is guilty of a Class D felony. Provided, any person who is convicted of a third or subsequent offense for violation of this subsection shall be guilty of a Class C felony. Provided, however, any person who unlawfully possesses a controlled substance, to wit; **a baggie of marijuana**, listed under Schedules I or II of subchapters 1-6 of this chapter shall be guilty of a Class C felony.

Thereby committing the offense of POSSESSION OF A CONTROLLED SUBSTANCE (METH), said offense being a CLASS A MISDEMEANOR against the peace and dignity of the State of Arkansas.

**COUNT 4: USE OF PARAPHERNALIA TO MANUFACTURE METHAMPHETAMINE ARK. CODE ANN. § 5-64-403.** The said defendant in SALINE COUNTY, did unlawfully and feloniously on or about 1/11/2005 possess plastic tubing and coffee filters for the purpose of manufacturing methamphetamine.

**5-64-403. Fraud - Drug paraphernalia - Criminal penalties.**

(c)   (5) It is unlawful for any person to use, or to possess with intent to use, drug paraphernalia to manufacture methamphetamine in violation of this chapter. Any person who pleads guilty, nolo contendere, or is found guilty of violating the provisions of this subsection shall be guilty of a Class B felony and shall be fined an amount not exceeding fifteen thousand dollars (15,000).

Thereby committing the offense of USE OF PARAPHERNALIA TO MANUFACTURE METHAMPHETAMINE, said offense being a CLASS B FELONY against the peace and dignity of the State of Arkansas.

**COUNT 5: FRAUD - DRUG PARAPHERNALIA ARK. CODE ANN. § 5-64-403.** The said defendant in SALINE COUNTY, did unlawfully and feloniously on or about 1/11/2005 possess pipes, a spoon and a razor blade.

**5-64-403. Fraud - Drug paraphernalia - Criminal penalties.**

(c)   (1) It is unlawful for any person to use, or to possess with intent to use, drug paraphernalia to plant, propagate, cultivate, grow, harvest, manufacture, compound, convert, produce, process, prepare, test, analyze, pack, repack, store, contain, conceal, inject, ingest, inhale, or otherwise introduce into the human body a controlled substance in violation of subchapters 1-6 of this chapter. Any person who violates this section is guilty of a Class C felony.

Thereby committing the offense of POSSESSION OF DRUG PARAPHERNALIA, said offense being a CLASS C FELONY against the peace and dignity of the State of Arkansas.

**COUNT 6: FAILURE TO KEEP RECORD-DRUG FREE ZONE ARK. CODE ANN. § 5-64-402.** The said defendant in SALINE COUNTY, did unlawfully and feloniously on or about 1/11/2005.

**5-64-402. Maintaining a Drug Premises.**

(a) It is unlawful for any person:

   (1) To refuse or fail to make, keep, or furnish any record, notification, order form, statement, invoice, or information required under subchapters 1-6 of this chapter;

   (2) To refuse an entry into any premises for any inspection authorized by this chapter; or

   (3) Knowingly to keep or maintain any store, shop, warehouse, dwelling, building, or other structure or place or premise, which is resorted to by persons for the purpose of using or obtaining these substances or which is used for keeping them in violation of subchapters 1-6 of this chapter.

(b) Any person who violates this section is guilty of a Class D felony except that violation of this section is a Class B felony if the violation is committed on or within one thousand (1,000) feet of the real property of a certified Drug Free Zone.

(c) The following are certified Drug Free Zones:

   (1) A city or state park;

   (2) A public or private elementary or secondary school, public vocational school, or private or public college or university;

(3) A community or recreation center;

(4) A Boys Club, Girls Club, YMCA, or YWCA;

(5) A skating rink or video arcade.

(d) For the purpose of this section, "minor" means any person under eighteen (18) years of age.

Thereby committing the offense of MAINTAINING A DRUG PREMISES, said offense being a CLASS D FELONY against the peace and dignity of the State of Arkansas.

**COUNT 7: SIMULTANEOUS POSSESSION OF DRUGS AND FIREARMS ARK. CODE ANN. § 5-74-106.** The said defendant in SALINE COUNTY, did unlawfully and feloniously on or about 1/11/2005 the Defendant did possess four guns that were kept in the same closet with methamphetamine.

**5-74-106. Simultaneous possession of drugs and firearms.**

(a) No person shall unlawfully commit a felony violation of § 5-64-401 or unlawfully attempt, solicit, or conspire to commit a felony violation of § 5-64-401 while in possession of:

(1) A firearm; **to wit; 3 baggies of meth and one baggie of marijuana were in the same closet with four guns.**

(b) Any person who violates this section is guilty of a Class Y felony.

Thereby committing the offense of SIMULTANEOUS POSSESSION OF DRUGS AND FIREARMS, said offense being a CLASS Y FELONY against the peace and dignity of the State of Arkansas.

**COUNT 8: POSSESSION WITH INTENT TO MANUFACTURE ARK. CODE ANN. § 5-64-1102.** The said defendant in SALINE COUNTY, did unlawfully and feloniously on or about 1/11/2005.

**5-64-1102. Possession of pseudoephedrine with intent to manufacture methamphetamine—Unlawful distribution.**

(a)(1) It shall be unlawful for a person to possess ephedrine, pseudoephedrine or phenylpropanolamine, or their salts, optical isomers, or salts of optical isomers with intent to manufacture methamphetamine.

(2) Any person who violates the provisions of subdivision (a)(1) of this section shall be guilty of a Class D felony.

(b)(1) It shall be unlawful for a person to sell, transfer, distribute, or dispense any product containing ephedrine, pseudoephedrine, or phenylpropanolamine or their salts, isomers, or salts of isomers if the person knows that the purchaser will use the product as a precursor to manufacture methamphetamine or another controlled substance, or if the person sells, transfers, distributes, or dispenses the product with reckless disregard as to how the product will be used, **to wit; he was in possession of 14 grams of pseudoephedrine.**

(2) Any person who violates the provisions of subdivision (b)(1) of this section shall be guilty of a Class D felony.

Thereby committing the offense of POSSESSION WITH INTENT TO MANUFACTURE, said offense being a CLASS D FELONY against the peace and dignity of the State of Arkansas.

There appearing reasonable grounds for believing the alleged offense(s) was committed by defendant, a warrant is therefore prayed for his arrest to be issued by the court.

Robert L. Herzfeld, Jr., Prosecuting Attorney

BY: *[signature]*

Stephanie Williams

## Case File # 2005-0105

**Investigator Notes:** This Agent was contacted by Little Rock PD Sgt. Stevens on January 11, 2005 at approximately 8:53pm. Sgt. Stevens stated to this Agent that he and his Narcotics Officers had arrested a Ronald R. Shamblin Jr. and interviewed his wife, Shannon Shamblin at a store in Little Rock after both suspects had purchased items used to make Methamphetamine. According to Sgt. Stevens, Mrs. Shamblin volunteered to sign a consent form for the couple's residence in Saline County. This Agent responded to 20821 Congo Ferndale Rd with LRPD Sgt. Stevens and Officers: Littleton, Hedgecock, Blankenship, Flannery and Terry. Sgt. Stevens and his Officer's recovered a working Meth Lab, several items of paraphernalia, six firearms, 14 grams of psuedo, 3 grams of Meth. ASCL responded and took all evidence. Ferguson Harbour responded and disposed of the chemicals. LRPD has all affidavits as well as the invoices from Ferguson Harbour. This Agent has attempted to contact Sgt. Stevens to get LRPD incident numbers etc., for this case file with negative success.