05-31-11 09:31 FROM-CARESOUTH          757-873-3281           T-336 P0006/0010 F-637



## CARESOUTH®
### HOMECARE PROFESSIONALS
### CRIMINAL HISTORY DISCLOSURE STATEMENT

Virginia law prohibits licensed home care organizations from employing individuals who have been convicted of the barrier crimes specified below. The law also requires that all applicants for employment with a licensed home care organizations in the Commonwealth of Virginia provide a sworn statement or affirmation disclosing any criminal conviction or any pending criminal charges in any jurisdiction, whether within or outside of the Commonwealth. Additionally, CareSouth Homecare Professionals will obtain a satisfactory criminal record report post-offer, pre-employment from the Virginia State Police.

### BARRIER CRIMES THAT PROHIBIT EMPLOYMENT WITH A LICENSED HOME CARE ORGANIZATION

- Murder
- Abduction for Immoral Purposes
- Assault and Bodily Wounding
- Sexual Assault
- Pandering
- Escape from Jail
- Taking Indecent Liberties with Children
- Failure to Secure Medical Attention for Injured Child
- Any Equivalent Offenses in another State
- Crimes Against Nature Involving Children
- Incest
- Robbery and Carjacking
- Arson
- Delivery of Drugs to Prisoners
- Felonies by Prisoners
- Abuse and Neglect of Children
- Abuse/Neglect of an Incapacitated Adult
- Obscenity Offenses

Felony and/or misdemeanor convictions for crimes other than those specified as barrier crimes will not legally preclude employment by a licensed home care organization in the Commonwealth of Virginia. CareSouth Homecare Professionals, in its sole discretion and judgment, may or may not choose to employ applicant with convictions for non-barrier crimes in accordance with their Policies and Procedures.

Please note that you must disclose any conviction within or outside of the Commonwealth of Virginia.

| CRIMINAL HISTORY: | SEX OFFENDER: |
|---|---|
| Check one of the following: | Check one of the following: |
| [ ] I HAVE A CRIMINAL HISTORY | [ ] I AM A CONVICTED SEX OFFENDER |
| [X] I DO NOT HAVE A CRIMINAL HISTORY | [X] I AM NOT A CONVICTED SEX OFFENDER |

Please list convictions or pending charges (if applicable): _____

### FULL DISCLOSURE AND NOTIFICATION OF FUTURE CHARGES

I swear and affirm that I have given a full and truthful accounting of my criminal history as stated above. I also acknowledge the fact that if in the future, I am charged with any criminal offense, including those specified as barrier crimes or sex crimes within or outside of the Commonwealth of Virginia, I am required to notify my Director of Operations within 7 days of the offense. Failure to report an offense will result in disciplinary action, up to and including termination. I hereby give my consent to CareSouth Homecare Professionals or its divisions thereof, to conduct a criminal history background search on my behalf.

Signature of Applicant _____    Date _____

Any material falsification, misrepresentation or omission relating to this statement shall be grounds for denial of or dismissal from employment with CareSouth Homecare Professionals and shall deem you guilty upon conviction of a Class 1 Misdemeanor.

Received Time May. 31. 2011 9:29AM No. 0622



EXHIBIT J

CS000033