IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



TYRONE HENDERSON, et al.,

    Plaintiff,

v.                               Civil Action No. 3:12cv97

CORELOGIC, INC.,
et al.,

    Defendants.

### ORDER

Having reviewed the PLAINTIFFS' MOTION TO ENLARGE PAGE LIMITATIONS FOR REPLY BRIEF IN SUPPORT OF MOTION FOR CLASS CERTIFICATION (Docket No. 100), and the defendant's opposition thereto, it is hereby ORDERED that the plaintiffs' Motion to Enlarge Page Limitations is granted and the plaintiffs are permitted to file a reply not to exceed fifty (50) pages.

Having reviewed the PLAINTIFFS' MOTION TO ENLARGE TIME TO FILE THEIR REPLY BRIEF IN SUPPORT OF MOTION FOR CLASS CERTIFICATION (Docket No. 102), and the defendant's response thereto, it is hereby ORDERED that the plaintiffs' Motion to Enlarge Time is granted and the plaintiffs shall file their reply brief by March 10, 2014.

It is so ORDERED.

                                                /s/
                                 David J. Novak
                                 United States Magistrate Judge

Richmond, Virginia
Date: February 28, 2014