UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**TYRONE HENDERSON**, *et al.*,

    Plaintiffs,

v.     Civil Action No. 3:12cv97 (REP)

**CORELOGIC, INC.**, *et al.*,

    Defendants.

## JOINT STATUS REPORT

Plaintiffs, Tyrone Henderson and James O. Hines, Jr. (collectively, "Plaintiffs"), and Defendant, CoreLogic National Background Data, LLC ("NBD"), by counsel, pursuant to the Court's Order entered on December 30, 2014 (Docket No. 146), hereby submit this Joint Status Report:

1. On December 18, 2014, the Parties filed a Status Report, reporting on settlement discussions, as well as a Joint Motion to Reschedule the January 6, 2015 Hearing (the "Joint Motion").

2. By Order filed December 30, 2014, the Court granted the Joint Motion and directed counsel for the Parties to file a status report to inform the Court whether the case has been resolved by February 27, 2015.

3. Since the entry of the Court's Order on December 30, 2014, counsel for the Parties have continued to discuss settlement issues, including via a multi-hour video conference.

4. Consistent with the Joint Motion, counsel for Plaintiffs, counsel for Defendant, Defendant's corporate representative, and Defendant's insurance representative appeared before The Honorable Diane M. Welsh (Ret.) of JAMS, Inc. in Philadelphia, Pennsylvania on February 25-26, 2015 for a second round of mediation, which lasted two full days.

5. Progress was made during the February 25-26, 2015 mediation session with Judge Welsh. Both sides worked hard and in good faith to resolve their dispute. The Parties exchanged draft memoranda of understanding prior to and during the mediation. Despite the good faith efforts of counsel for the Parties and Judge Welsh, the case has not yet been resolved. Judge Welsh directed the counsel for the parties to continue to explore how the unresolved issues might be bridged, to which the parties agreed.

6. Judge Welsh had an opening develop on her schedule, and the parties conditionally agreed to a third mediation session before her for Wednesday, March 4, 2015 in Philadelphia, Pennsylvania.

7. Counsel for the parties agreed to communicate with each other in advance of the scheduled third mediation session concerning the unresolved issues.

8. Counsel for the Parties remain willing to provide any further details regarding this Status Report and/or answer any questions that the Court may have.

WHEREFORE, Plaintiffs, Tyrone Henderson and James O. Hines, Jr., and Defendant, CoreLogic National Background Data, LLC, respectfully provide this Status Report to the Court.

        **TYRONE HENDERSON and**
        **JAMES O. HINES, JR.**


        By:*/s/Leonard A. Bennett*
            Of Counsel

Leonard Anthony Bennett (VSB #37523)
Susan Mary Rotkis (VSB # 40693)
CONSUMER LITIGATION ASSOCIATES, PC
763 J. Clyde Morris Boulevard, Suite 1A
Newport News, Virginia 23601
Email: len@clalegal.com
Email: srotkis@clalegal.com

24839556v3

Matthew James Erausquin (VSB # 65434)
Janelle E. Mason (VSB # 82389)
Casey S. Nash (VSB # 84261)
CONSUMER LITIGATION ASSOCIATES, PC
1800 Diagonal Road, Suite 600
Alexandria, Virginia  22314
Email: matt@clalegal.com
Email: janelle@clalegal.com

Dale W. Pittman (VSB #15673)
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb St.
Petersburg, VA 23803
Telephone:  (804) 861-6000
Facsimile:  (804) 861-3362
Email: dale@pittmanlawoffice.com

James Arthur Francis (*pro hac vice*)
David A Searles (*pro hac vice*)
Lauren KW Brennan (*pro hac vice*)
FRANCIS & MAILMAN PC
Land Title Building
100 S Broad Street, 19th Floor
Philadelphia, PA  19110
Telephone: 215-735-8600
Facsimile: 215-940-8000
Email: jfrancis@consumerlawfirm.com
Email: dsearles@consumerlawfirm.com

*Counsel for Plaintiffs*

3

24839556v3

**CORELOGIC, INC. and**
**CORELOGIC NATIONAL BACKGROUND**
**DATA, LLC**:


By:*/s/David N. Anthony*
        Of Counsel

Alan D. Wingfield (VSB No. 27489)
David N. Anthony (VSB No. 31696)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Email: alan.wingfield@troutmansanders.com
Email: david.anthony@troutmansanders.com
Email: tim.stgeorge@troutmansanders.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of February 2015, I filed a copy of the foregoing on the Court's Electronic Case Filing System, which will send a notice of electronic filing to:

Leonard A. Bennett, Esq.
Susan M. Rotkis, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd, Suite 1A
Newport News, VA  23601
Telephone:  (757) 930-3660
Facsimile:   (757) 930-3662
Email: lenbennett@clalegal.com
Email: srotkis@clalegal.com
*Counsel for Plaintiffs*

Dale W. Pittman, Esq.
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb St.
Petersburg, VA  23803
Telephone:  (804) 861-6000
Facsimile:  (804) 861-3362
Email: dale@pittmanlawoffice.com
*Counsel for Plaintiffs*

David A Searles, Esq.
DONOVAN SEARLES LLC
1845 Walnut St., Ste 1100
Philadelphia, PA  19103
Telephone: 215-732-6067
Facsimile: 215-732-8060
*Counsel for Plaintiffs*

James Arthur Francis, Esq.
FRANCIS & MAILMAN PC
Land Title Building
100 S Broad Street, 19th Floor
Philadelphia, PA  19110
Telephone: 215-735-8600
Facsimile: 215-940-8000
Email: jfrancis@consumerlawfirm.com

Janelle E. Mason, Esq.
Matthew J. Erausquin, Esq.
Casey S. Nash, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd., Suite 600
Alexandria, VA  22314
Telephone:  (703) 273-7770
Facsimile: (888) 892-3512
Email: janelle@clalegal.com
Email: matt@clalegal.com
Email: casey@clalegal.com
*Counsel for Plaintiffs*

Lauren KW Brennan, Esq.
Francis & Mailman PC
Land Title Building
100 S Broad Street 19th Floor
Philadelphia, PA  19110
Telephone: 215-735-8600
Facsimile: 215-940-8000
Email: lbrennan@consumerlawfirm.com
*Counsel for Plaintiffs*

*/s/David N. Anthony*
David N. Anthony (VSB Bar No. 31696)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia  23219
Telephone:  (804) 697-5410
Facsimile:   (804) 698-5118
Email: david.anthony@troutmansanders.com

5