UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE HENDERSON, *et al.*

    Plaintiffs,

v.                                     Civil Action No. 3:12cv97

CORELOGIC, INC., *et al.*

    Defendants.

**PLAINTIFFS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO FILE THEIR REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE THEIR SECOND AMENDED COMPLAINT**

The Plaintiffs, by counsel and with the consent of the Defendant, respectfully move for an enlargement of time to file their reply brief in support of their Motion for Leave to File Their Second Amended Complaint through April 13, 2015, pursuant to Fed. R. Civ. P. 6(b), for the reasons set forth in the memorandum of support of the same filed contemporaneously herewith.

                                              Respectfully submitted,
                                              **TYRONE HENDERSON** and
                                              **JAMES O. HINES, JR.**, *on behalf of*
                                              *themselves and others similarly situated*

                                              By      /s/
                                                          Of Counsel

Susan M. Rotkis, VSB 40693
Leonard A. Bennett VSB 37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@clalegal.com
srotkis@clalegal.com

*Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2015, I have filed the foregoing electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David N. Anthony
Timothy J. St. George
Alan D. Wingfield
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23218-1122
Tel:   804-697-5410
Fax:   804-698-5118
david.anthony@troutmansanders.com
tim.stgeorge@troutmansanders.com
alan.wingfield@troutmansanders.com

John C. Lynch
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Tel:   757-687-7765
Fax:   757-687-1504
john.lynch@troutmansanders.com

*Counsel for the Defendant*

                                              /s/
                        Susan M. Rotkis, VSB 40693
                        CONSUMER LITIGATION ASSOCIATES, P.C.
                        763 J. Clyde Morris Boulevard, Suite 1-A
                        Newport News, Virginia 23601
                        (757) 930-3660 - Telephone
                        (757) 930-3662 – Facsimile
                        srotkis@clalegal.com

                        *Counsel for the Plaintiffs*