UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE HENDERSON, et al.

    Plaintiffs,

v.                              Civil Action No. 3:12-cv-97

CORELOGIC, INC., et al.

    Defendants.

## CONSENT ORDER

For good cause shown, this Court hereby grants Plaintiffs' Consent Motion for an Enlargement of Time to File Their Reply Brief in Support of Their Motion for Leave to File Their Second Amended Complaint. Therefore, it is hereby ordered that Plaintiffs shall file their reply brief on or before June 23, 2015.

It is so ORDERED.

                              /s/          
                        Robert E. Payne
                        Senior United States District Judge

Richmond, Virginia
Date: June 17, 2015

SEEN AND AGREED:

_____
Casey S. Nash, VSB No. 84261
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd., Ste. 600
Alexandria, VA 22314
Tel: 703-273-7770
Fax: 888-892-3512
casey@clalegal.com
*Counsel for the Plaintiffs*


SEEN AND AGREED:

_____
David N. Anthony
Timothy J. St. George (VSB No. 77349)
Alan D. Wingfield
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23218-1122
Tel: 804-697-5410
Fax: 804-698-5118
david.anthony@troutmansanders.com
tim.stgeorge@troutmansanders.com
alan.wingfield@troutmansanders.com
*Counsel for the Defendant*

2