IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE HENDERSON, et al.

       Plaintiff,

v.                         Civil Case No. 3:12-cv-97

CORELOGIC NATIONAL
BACKGROUND DATA, LLC,

       Defendant.

## ORDER

For the reasons stated on the record on July 15, 2015, the Plaintiffs' MOTION FOR LEAVE TO FILE THEIR SECOND AMENDED COMPLAINT (Docket No. 163) is GRANTED.   The Plaintiffs are to file their Second Amended Complaint by July 17, 2015.  The Defendant is to file its Answer to the Second Amended Complaint by July 31, 2015.

The Plaintiffs will file their motion for class certification by August 25, 2015.  The Defendant will file its response to the motion for class certification by September 30, 2015.  The Plaintiffs will file their reply in support of their motion for class certification by October 16, 2015.

The Defendant will file its motion for summary judgment, if any, by August 25, 2015.  The Plaintiffs will file their response to the motion for summary judgment by September 30, 2015.  The Defendant

1

will file its reply in support of their motion for summary judgment
by October 16, 2015.


It is so ORDERED.

                                        /s/   REP
                              _____
                              Robert E. Payne
                              Senior United States District Judge


Richmond, Virginia
Date: July _15_, 2015


2